# EXHIBIT A

*Classification of Plaintiff Entities*

| Am. Compl. ¶ | Plaintiff Name | Type of Plaintiff | Tax Year of Claim | Applicable Partnership Laws | Tax Court Case Number |
|---|---|---|---|---|---|
| 12 | Agro Holdings LLC | PropCo Plaintiff | 2016 | TEFRA | 14699-21 |
| 13 | Alameda Aggregates LLC | PropCo Plaintiff | 2018 | BBA | 5749-23 |
| 14 | Aquatic Creek LLC | PropCo Plaintiff | 2017 | TEFRA | 28719-21 |
| 15 | Arden Row Assets LLC | PropCo Plaintiff | 2018 | BBA | 3817-23 |
| 16 | Ash Resources LLC | PropCo Plaintiff | 2015 | TEFRA | 32181-21 |
| 17 | Avalon Resources LLC | PropCo Plaintiff | 2017 | TEFRA | 29983-21 |
| 18 | Bama Soil LLC | PropCo Plaintiff | 2015 | TEFRA | 32873-21 |
| 19 | Barn Creek LLC | PropCo Plaintiff | 2017 | TEFRA | 31738-21 |
| 20 | Basswood Aggregates LLC | PropCo Plaintiff | 2018 | BBA | 3820-23 |
| 21 | Begonia Resources LLC | PropCo Plaintiff | 2018 | BBA | 5751-23 |
| 22 | Canary Aggregates LLC | PropCo Plaintiff | 2017 | TEFRA | 31765-21 |
| 23 | Cedar Place Resources LLC | PropCo Plaintiff | 2018 | BBA | 838-23 |
| 24 | Centerland Holdings LLC | PropCo Plaintiff | 2016 | TEFRA | 2792-22 |
| 25 | Cherry Rock Resources LLC | PropCo Plaintiff | 2016 | TEFRA | 1762-22 |
| 26 | Crimson S&G LLC | PropCo Plaintiff | 2015 | TEFRA | 32049-21 |
| 27 | Deer Valley Resources LLC | PropCo Plaintiff | 2016 | TEFRA | 2813-22 |
| 28 | Delwood Resources LLC | PropCo Plaintiff | 2018 | BBA | 3821-23 |
| 29 | Dry Creek Resources LLC | PropCo Plaintiff | 2015 | TEFRA | 32893-21 |
| 30 | Dynamite Creek LLC | PropCo Plaintiff | 2016 | TEFRA | 2809-22 |

| Am. Compl. ¶ | Plaintiff Name | Type of Plaintiff | Tax Year of Claim | Applicable Partnership Laws | Tax Court Case Number |
|---|---|---|---|---|---|
| 31 | Edge Rock LLC | PropCo Plaintiff | 2017 | TEFRA | 29671-21 |
| 32 | Falling Rock LLC | PropCo Plaintiff | 2016 | TEFRA | 2890-22 |
| 33 | Field View LLC | PropCo Plaintiff | 2016 | TEFRA | 1326-21 |
| 34 | Forsythia Holdings LLC | PropCo Plaintiff | 2018 | BBA | 839-23 |
| 35 | Gardenia Aggregates LLC | PropCo Plaintiff | 2018 | BBA | 3020-23 |
| 36 | Giant Aggregates LLC | PropCo Plaintiff | 2016 | TEFRA | 2929-22 |
| 37 | Greenview Aggregates LLC | PropCo Plaintiff | 2016 | TEFRA | 1327-21 |
| 38 | Hallo Resources LLC | PropCo Plaintiff | 2018 | BBA | 3139-23 |
| 39 | Hard Rock Holdings LLC | PropCo Plaintiff | 2016 | TEFRA | 2822-22 |
| 40 | Harrow Aggregates LLC | PropCo Plaintiff | 2016 | TEFRA | 28711-21 |
| 41 | Hematite Aggregates LLC | PropCo Plaintiff | 2018 | BBA | 781-23 |
| 42 | Hillside View LLC | PropCo Plaintiff | 2016 | TEFRA | 1325-21 |
| 43 | Igneous Rock LLC | PropCo Plaintiff | 2016 | TEFRA | 22268-21 |
| 44 | Inshore Aggregates LLC | PropCo Plaintiff | 2016 | TEFRA | 2965-22 |
| 45 | Iris Holdings LLC | PropCo Plaintiff | 2017 | TEFRA | 25409-21 |
| 46 | JC Aggregates LLC | PropCo Plaintiff | 2017 | TEFRA | 29327-21 |
| 47 | Jet Rock Holdings LLC | PropCo Plaintiff | 2016 | TEFRA | 22432-21 |
| 48 | KC Aggregates LLC | PropCo Plaintiff | 2016 | TEFRA | 22561-21 |
| 49 | Little River Minerals LLC | PropCo Plaintiff | 2016 | TEFRA | 1766-22 |
| 50 | Low Angle Aggregates LLC | PropCo Plaintiff | 2017 | TEFRA | 28610-21 |
| 51 | Lowland Creek LLC | PropCo Plaintiff | 2016 | TEFRA | 22571-21 |

| Am. Compl. ¶ | Plaintiff Name | Type of Plaintiff | Tax Year of Claim | Applicable Partnership Laws | Tax Court Case Number |
|---|---|---|---|---|---|
| 52 | Magnolia River Minerals LLC | PropCo Plaintiff | 2016 | TEFRA | 1822-22 |
| 53 | Mattock Holdings LLC | PropCo Plaintiff | 2016 | TEFRA | 20727-21 |
| 54 | Midway Holdings LLC | PropCo Plaintiff | 2018 | BBA | 3140-23 |
| 55 | Natural Aggregates LLC | PropCo Plaintiff | 2016 | TEFRA | 14706-21 |
| 56 | Nature Point Aggregates LLC | PropCo Plaintiff | 2018 | BBA | 1238-23 |
| 57 | North Wall Holdings LLC | PropCo Plaintiff | 2017 | TEFRA | 27773-21 |
| 58 | Oak Bayou Holdings, LLC | PropCo Plaintiff | 2017 | TEFRA | 31574-21 |
| 59 | Open Aggregates LLC | PropCo Plaintiff | 2018 | BBA | 5752-23 |
| 60 | Palmetto Aggregates LLC | PropCo Plaintiff | 2018 | BBA | 782-23 |
| 61 | Quail Rock Aggregates LLC | PropCo Plaintiff | 2017 | TEFRA | 31732-21 |
| 62 | Quorum Holdings LLC | PropCo Plaintiff | 2017 | TEFRA | 30908-21 |
| 63 | Riddle Aggregates LLC | PropCo Plaintiff | 2017 | TEFRA | 31104-21 |
| 64 | Rim Rock Holdings LLC | PropCo Plaintiff | 2018 | BBA | 2564-23 |
| 65 | Spade Rock LLC | PropCo Plaintiff | 2017 | TEFRA | 30950-21 |
| 66 | Sterling Land Minerals LLC | PropCo Plaintiff | 2016 | TEFRA | 22613-21 |
| 67 | Threshing Stone LLC | PropCo Plaintiff | 2017 | TEFRA | 31362-21 |
| 68 | Top Rope Holdings LLC | PropCo Plaintiff | 2018 | BBA | 2559-23 |
| 69 | Unique Resources LLC | PropCo Plaintiff | 2016 | TEFRA | 31707-21 |
| 70 | Upland Creek LLC | PropCo Plaintiff | 2016 | TEFRA | 13227-21 |
| 71 | Yard Rock Holdings LLC | PropCo Plaintiff | 2018 | BBA | 5755-23 |
| 72 | Yield Rock Resources LLC | PropCo Plaintiff | 2017 | TEFRA | 31514-21 |

| Am. Compl. ¶ | Plaintiff Name | Type of Plaintiff | Tax Year of Claim | Applicable Partnership Laws | Tax Court Case Number |
|---|---|---|---|---|---|
| 73 | Zip Rock Holdings LLC | PropCo Plaintiff | 2016 | TEFRA | 2926-22 |
| 81 | Ornstein-Schuler LLC | Partner Plaintiff | 2016/2017 | TEFRA | Multiple |
| 76 | Galt Holdings LLC | Partner Plaintiff | 2015 | TEFRA | Multiple |
| 78 | GH Manager LLC | Partner Plaintiff | 2015 | TEFRA | Multiple |
| 79 | Long Leaf Ventures LLC | Partner Plaintiff | 2017 | TEFRA | Multiple |
| 80 | Natural Aggregates Partners LLC | Partner Plaintiff | 2018 | BBA | Multiple |
| 86 | Yellowhammer Ventures LLC | Partner Plaintiff | 2016 | TEFRA | Multiple |
| 74 | Conservation Saves LLC | Material Advisor | N/A | N/A | N/A |
| 75 | Ecoventures LLC | Material Advisor | N/A | N/A | N/A |
| 77 | Galt Mining Investments LLC | Material Advisor | N/A | N/A | N/A |
| 82 | Ornstein-Schuler Investments LLC | Material Advisor | N/A | N/A | N/A |
| 84 | Southeastern Mining Investments LLC | Material Advisor | N/A | N/A | N/A |
| 85 | The Ornstein-Schuler Group LLC | Material Advisor | N/A | N/A | N/A |
| 83 | Partnership Representative Management LLC | Partnership Representative | Unknown | Unknown | Unknown |