# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **AGRO HOLDINGS LLC, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 4:23-cv-00287-RDP** |
| ) | |
| **UNITED STATES OF AMERICA; U.S.** ) | |
| **DEPARTMENT OF THE TREASURY; and** ) | |
| **INTERNAL REVENUE SERVICE,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JOINT REPORT OF THE PARTIES

Pursuant to this Court's order of November 3, 2023 (Doc. No. 27), the parties file this joint report regarding their positions about how this litigation should proceed.

The First Amended Complaint challenges IRS Notice 2017-10 under the Administrative Procedure Act. Defendants moved to dismiss certain plaintiffs and two of the three counts in the First Amended Complaint as barred by the six-year statute of limitations in 28 U.S.C. § 2401. With respect to the statute of limitations, the Defendants' motion contended that "the right of action accrued on January 23, 2017, when the IRS published Notice 2017-10 in the Internal Revenue Bulletin," and that the Complaint in this matter was filed more than six years later. Doc. No. 13 at 3. The Plaintiffs contended that Counts One and Two are timely because the right of action at issue in those Counts accrued at a later date that is less than six years before the Complaint was filed.

While the motion to dismiss was pending, the parties moved the Court to stay this case pending decision in two appellate matters, *Green Rock LLC v. IRS*, Eleventh Circuit Docket No. 23-11041, and *Corner Post, Inc. v. Bd. of Governors of the Fed. Reserve Sys.*, Supreme Court Docket No. 22-1008. *Green Rock* involves an IRS appeal of an order by the Northern District of Alabama setting aside IRS Notice 2017-10 (the same IRS notice at issue in this case) with respect to the plaintiff in that case, and the question presented in *Corner Post* is the appropriate date of accrual of a claim for purposes of the statute of limitations in 28 U.S.C. § 2401.

In its November 3, 2023 Order, the Court stayed this case, administratively terminated the motion to dismiss (while ordering that Defendants could refile it after the stay was lifted), and ordered the parties to file a joint report within fourteen days after decision in either *Green Rock* or *Corner Post*.

On June 4, 2024, the Eleventh Circuit issued its opinion in *Green Rock LLC v. IRS*, 2024 WL 2821767, No. 23-11041. The Eleventh Circuit's *Green Rock* opinion affirmed the district court's order setting aside IRS Notice 2017-10 with respect to Green Rock. The IRS has (without respect to potential extensions) 45 days after June 4, 2024 to seek panel rehearing or rehearing en banc or 90 days to seek certiorari.

The Supreme Court has not yet issued its opinion in *Corner Post*, but the parties expect that it will do so no later than early July.

The parties respectfully submit that they will be in a better position to advise the Court as to how they believe this litigation should proceed (or whether they can reach a negotiated resolution of this case) after the Supreme Court issues its opinion in *Corner Post* and the time for seeking further appellate or Supreme Court review in *Green Rock* has expired. Accordingly, the

parties respectfully request that the Court leave its stay of this case in place and that they be ordered to file a further joint report on or before September 9, 2024.

Respectfully submitted, this 18th day of June, 2024.

                                              */s/ Matthew H. Lembke*
                                              Matthew H. Lembke
                                              Riley A. McDaniel
                                              BRADLEY ARANT BOULT CUMMINGS LLP
                                              1819 Fifth Avenue North
                                              Birmingham, AL 35203
                                              Telephone: (205) 521-8000
                                              mlembke@bradley.com
                                              rmcdaniel@bradley.com

                                              Michael Todd Welty
                                              (Admitted *pro hac vice*)
                                              TODD WELTY, P.C.
                                              4279 Roswell Road N.E
                                              Suite 208, #352
                                              Atlanta, GA 30342
                                              Telephone: (404) 301-4791
                                              Email: todd@toddweltypc.com

                                              Armando Gomez
                                              (Admitted *pro hac vice*)
                                              Skadden, Arps, Slate, Meagher & Flom LLP
                                              1440 New York Avenue, N.W.
                                              Washington, DC 20005
                                              Telephone: (202) 371-7868
                                              Email: armando.gomez@skadden.com

(Counsel list continues on next page)

David W. Foster, P.C.
(Admitted *pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-3386
Email: david.foster@kirkland.com

*Counsel for Plaintiffs*

/s/ Daniel B. Causey, IV
DANIEL B. CAUSEY, IV
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-1427 (v)
202-514-4963 (f)
Email: Daniel.B.Causey@usdoj.gov

*Counsel for Defendants*