IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

AGRO HOLDINGS LLC, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA;
U.S. DEPARTMENT OF TREASURY;
and, INTERNAL REVENUE SERVICE,

    Defendants.
_____/

Case No. 4:23-cv-00287-RDP

## JOINT STIPULATION

The parties hereby stipulate and agree as follows:

1. The Defendants will not enforce IRS Notice 2017-10 against any of the Plaintiffs or any of their direct or indirect owners and will not rely on its validity in any proceedings against them.

2. This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 12, 2024

Respectfully submitted,

**For Plaintiffs**

*/s/ Matthew H. Lembke*
Matthew H. Lembke
Riley A. McDaniel
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
mlembke@bradley.com
rmcdaniel@bradley.com

**For Defendants**

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Daniel B. Causey, IV*
DANIEL B. CAUSEY, IV
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-1427 (v)
202-514-4963 (f)
Daniel.B.Causey@usdoj.gov

OF COUNSEL:

Michael Todd Welty
(Admitted *pro hac vice*)
TODD WELTY, P.C.
4279 Roswell Road N.E
Suite 208, #352
Atlanta, GA 30342
Telephone: (404) 301-4791
Email: todd@toddweltypc.com

Armando Gomez
(Admitted *pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7868
Email: armando.gomez@skadden.com

David W. Foster, P.C.
(Admitted *pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-3386
Email: david.foster@kirkland.com

PRIM F. ESCALONA
United States Attorney