FILED
2024 Aug-12 PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| AGRO HOLDINGS LLC, et al., | |
| Plaintiffs, | |
| v. | Case No.: 4:23-cv-00287-RDP |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

### ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (Doc. # 30), filed August 12, 2024, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this August 12, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE